524 A.2d 490

**Thomas J. BUSHYAGER, Appellant,**

v.

**Harry D. SHARGEL, Esquire.**

Supreme Court of Pennsylvania.

Argued April 10, 1987.

Decided April 20, 1987.

Roger S. Spalding, Philadelphia, for appellant.

Harry D. Shargel, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.